```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 07 B 09136
   BRIAN K GRAHAM
   CATHERINE M GRAHAM                            CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
         Debtor
  SSN XXX-XX-0596    SSN XXX-XX-5792


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/18/2007 and was not confirmed.

     The case was dismissed without confirmation 08/27/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CITIFINANCIAL              SECURED VEHIC    13320.00              .00            .00
CITIFINANCIAL              UNSECURED         8180.00              .00            .00
WELLS FARGO FINANCIAL IL   CURRENT MORTG        .00              .00            .00
WELLS FARGO FINANCIAL IL   MORTGAGE ARRE     8469.11              .00            .00
WELLS FARGO FINANCIAL IL   SECURED VEHIC    10038.14              .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED          626.14              .00            .00
CAPITAL ONE                UNSECURED          820.23              .00            .00
CHARTER ONE BANK           UNSECURED        NOT FILED             .00            .00
CHASE                      UNSECURED        NOT FILED             .00            .00
CITIBANK                   UNSECURED        NOT FILED             .00            .00
CITZENS BANK               UNSECURED        NOT FILED             .00            .00
ASPIRE                     UNSECURED         1003.60              .00            .00
EMERGE MASTERCARD          UNSECURED          547.50              .00            .00
COMPUTER CREDIT            UNSECURED        NOT FILED             .00            .00
GLOBAL ACCEPTANCE CREDIT   UNSECURED         1393.15              .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1159.14              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          449.00              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          614.43              .00            .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED         2369.45              .00            .00
NICOR GAS                  UNSECURED        NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED          767.26              .00            .00
B-REAL LLC                 UNSECURED         1664.49              .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY      2,250.00                             .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                  .00

PRIORITY                                                           .00
SECURED                                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09136 BRIAN K GRAHAM & CATHERINE M GRAHAM
```

```
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                    ---------------      ---------------
TOTALS                                          .00                     .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 12/03/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE